**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

MTISHA JACKSON

                        PLAINTIFF

vs.                 CIVIL ACTION NO. 3:15-CV-145-HTW-LRA

COMCAST                     DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson.  Plaintiff has filed no objection.  Based upon the evidence in the Report and Recommendation, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the order of this court.  The plaintiff's motion for leave to proceed in forma pauperis is granted, but her complaint is dismissed without prejudice.

**SO ORDERED AND ADJUDGED, this the 28th, day of May, 2015.**

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE